FILED 20 OCT '20 16:54 USDC-ORP

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | 3:20-cr-501 SI |
| v. | INDICTMENT |
| TY JOHN FOX. | 18 U.S.C. § 231(a)(3) |
| Defendant. | SEALED |

THE GRAND JURY CHARGES:

### COUNT 1
(Civil Disorder)
(18 U.S.C. § 231(a)(3))

On or about September 6, 2020, in the District of Oregon, during a civil disorder, defendant **TY JOHN FOX**, knowingly committed a violent act for the intended purpose of obstructing, impeding and interfering with law enforcement officers who were lawfully engaged in the lawful performance of their official duties incident to and during the commission of a civil disorder, and that such civil disorder in any way or degree obstructed, delayed and

adversely affected commerce and the movement of any article or commodity in commerce;

In violation of Title 18, United States Code, Section 231(a)(3).

Dated: October 20, 2020.                              A TRUE BILL.



OFFICIATING FOREPERSON

Presented by:

BILLY J. WILLIAMS
United States Attorney

THOMAS S. RATCLIFFE, ILSB #6243708
Assistant United States Attorney