**Alison M. Clark, OSB No. 080579**
**Assistant Federal Public Defender**
**101 SW Main Street, Suite 1700**
**Portland, OR  97204**
**Tel: (503) 326-2123**
**Fax: (503) 326-5524**
**Email: alison_clark@fd.org**
**Attorney for Defendant**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| **UNITED STATES OF AMERICA** | Case No. 3:20-cr-00501-SI |
| Plaintiff, | **UNOPPOSED MOTION TO MODIFY PRE-TRIAL RELEASE CONDITIONS** |
| v. | |
| **TY JOHN FOX,** | |
| Defendant | |

On agreement of the parties, Mr. Fox moves through counsel for the terms of his pre-trial supervision to be modified.

Mr. Fox was released on his own recognizance at his first appearance on October 23, 2020. The release order included a curfew provision. Docket #7.  Notably, Mr. Fox is also in compliance with pre-trial supervision with the Circuit Court of Multnomah County in *State of Oregon v. Ty John Fox*, No. 20-CR-49196, for the same conduct underlying this federal case.

In consideration of Mr. Fox's extended period of compliance with the pre-trial supervision conditions, the parties agree that Mr. Fox's curfew condition be stricken and that he continue on

Page 1   UNOPPOSED MOTION TO MODIFY PRE-TRIAL RELEASE CONDITIONS

recognizance release.  The Pre-Trial Services Office has been apprised of this motion and advised that Mr. Fox is not on formal supervision from their office.  Mr. Fox's careful adherence to the curfew has been on his own recognizance.

Respectfully submitted on the 24th day of May 2021.

/s/ Alison M. Clark
Alison M. Clark
Assistant Federal Public Defender