# FEDERAL PUBLIC DEFENDER
## DISTRICT OF OREGON

**LISA C. HAY**
  Federal Public Defender
**STEPHEN R. SADY**
  Chief Deputy Defender
Gerald M. Needham
Thomas J. Hester
**Anthony D. Bornstein**
Susan Russell
Francesca Freccero
C. Renée Manes
Nell Brown
Kristina Hellman
Fidel Cassino-DuCloux
Alison M. Clark
**Brian Butler** ♦
**Thomas E. Price**
Michelle Sweet
Mark Ahlemeyer
Susan F. Wilk
Oliver W. Loewy

**101 SW Main Street, Suite 1700**
**Portland, OR 97204**
**503-326-2123 / Fax: 503-326-5524**

**Branch Offices:**

859 Willamette Street
Suite 200
Eugene, OR 97401
541-465-6937
Fax: 541-465-6975

15 Newtown Street
Medford, OR 97501
541-776-3630
Fax: 541-776-3624

Elizabeth G. Daily
Conor Huseby
Robert Hamilton
Bryan Francesconi
Ryan Costello
Irina Hughes ▲
Kurt D. Hermansen ▲
Devin Huseby ♦
Kimberly-Claire E. Seymour ▲
Michael C. Benson
Jessica Snyder ★

*In Memoriam*
Nancy Bergeson
1951 – 2009

▲Eugene Office
♦ Medford Office
★ Research/Writing Attorney

September 16, 2021

Honorable Michael H. Simon
United States District Court
1000 SW Third Avenue
Portland, OR 97204

      Re:    *U.S.A. v. Ty John Fox*
              No. 3:20-cr-00501-SI-1

Dear Judge Simon:

      On October 23, 2020, Ty John Fox made his first appearance in this case. Assistant Federal Public Defender Alison M. Clark was appointed as counsel. A conflict has recently developed, and CJA counsel should be substituted. CJA Panel attorney Scott L. Mullins is willing to represent Mr. Fox.

      To facilitate this matter, I have prepared the enclosed Order Granting Substitution of Counsel Pursuant To The Provisions Of The Criminal Justice Act, 18 U.S.C. § 3006A (effective September 15, 2021, the date that Mr. Mullins agreed to accept the appointment). Thank you for your consideration.

                                                  Respectfully submitted,

                                                  Lisa C. Hay
                                                  Federal Public Defender

LCH/bm
Attachment

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 3:20-cr-00501-SI-1 |
| Plaintiff, | ORDER GRANTING SUBSTITUTION OF COUNSEL PURSUANT TO THE PROVISIONS OF THE CRIMINAL JUSTICE ACT, 18 U.S.C. § 3006A |
| v. | |
| TY JOHN FOX, | |
| Defendant. | |

IT IS ORDERED that CJA Panel attorney Scott L. Mullins is appointed pursuant to the provisions of the Criminal Justice Act, 18 U.S.C. § 3006A, as substitute counsel, relieving Assistant Federal Public Defender Alison M. Clark for Ty John Fox, effective September 14, 2021.

DATED this  21st  day of September, 2021.

                     /s/ Michael H. Simon
                     Honorable Michael H. Simon
                     United States District Court Judge

Presented by:

Lisa C. Hay
Federal Public Defender