Scott L. Mullins, OSB No. 142504
Mullins Law Office, LLC
scott@slmullins.com
1000 SW Broadway St., Suite 2300
Portland, Oregon 97205
Telephone: (971) 383-1315
Facsimile: (503) 525-4833

Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 3:20-cr-00501-SI-1 |
| Plaintiff, | DEFENDANT'S UNOPPOSED MOTION TO CONTINUE TRIAL DATE |
| v. | |
| TY JOHN FOX, | |
| Defendant. | |

Defendant, Ty John Fox, by counsel, Scott Mullins, moves this Court for a 90-day continuance of the current trial date of November 2, 2021. Assistant United States Attorney, Thomas Ratcliffe, advised that the Government has no objection to this continuance.

Defendant was arraigned on or about October 23, 2020. Undersigned counsel was appointed as substitute counsel on September 21, 2021. The current trial date does not provide sufficient time for undersigned counsel to review and analyze discovery, confer with Mr. Fox on his criminal charges, and investigate the case.

Further, the parties anticipate Mr. Fox's federal offense will be dismissed upon the resolution of Mr. Fox's related state charges, which involve some of the same conduct. At this time, it is unclear when Mr. Fox's state charges will resolve.

PAGE 1 – UNOPPOSED MOTION TO CONTINUE TRIAL DATE

Mr. Fox is in state custody at the Multnomah County Detention Center. Mr. Fox has been advised of his rights to a speedy trial both by the Constitution and by statute and he waives his right to a speedy trial. Mr. Fox agrees the time period within this continuance constitutes excludable delay pursuant to 18 U.S.C. §3161(h)(7).

This motion is based on the declaration of counsel filed contemporaneously herewith.

Dated: September 28, 2021.	Mullins Law Office, LLC

By: _____
Scott L. Mullins, OSB #142504

1000 SW Broadway St., Suite 2300
Portland, Oregon 97205
Tel.: (971) 383-1315
Fax: (503) 525-4833
Email scott@slmullins.com

Attorney for Defendant