Scott L. Mullins, OSB No. 142504
Mullins Law Office, LLC
scott@slmullins.com
1000 SW Broadway St., Suite 2300
Portland, Oregon 97205
Telephone: (971) 383-1315
Facsimile: (503) 525-4833

Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 3:20-cr-00501-SI |
| Plaintiff, | NOTICE TO TERMINATE REPRESENTATON |
| v. | |
| TY JOHN FOX, | |
| Defendant. | |

This matter has concluded. The defendant is no longer in need of representation. Attorney Scott L. Mullins hereby terminates representation with respect to this matter. Please withdraw Mr. Mullins from further service and electronic notices in this case.

Dated: March 4, 2022.　　　　　　　Mullins Law Office, LLC

　　　　　　　　　　　　　　　　　　By: _____
　　　　　　　　　　　　　　　　　　　Scott L. Mullins, OSB #142504

　　　　　　　　　　　　　　　　　　1000 SW Broadway St., Suite 2300
　　　　　　　　　　　　　　　　　　Portland, Oregon 97205
　　　　　　　　　　　　　　　　　　Tel.: (971) 383-1315
　　　　　　　　　　　　　　　　　　Fax: (503) 525-4833
　　　　　　　　　　　　　　　　　　Email: scott@slmullins.com

　　　　　　　　　　　　　　　　　　Attorney for Defendant